# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Myankhai Batchuluun

                      Plaintiff,

v.                                         Case No.: 1:24−cv−02302
                                         Honorable Jeremy C. Daniel

Wingstop Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 18, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Status hearing held. Defendants' motions to dismiss [12] and [15] are denied for the reasons stated on the record. Defendants shall answer or otherwise plead on or before 10/9/2024. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.